**Opinion filed August 31, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00220-CR

_____

## ALFRED LEE RICE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 142nd District Court**
**Midland County, Texas**
**Trial Court Cause No. CR41089**

## M E M O R A N D U M   O P I N I O N

Alfred Lee Rice has filed a pro se notice of appeal from the trial court's order denying Rice's postconviction motion for a free copy of the reporter's record. In his motion, Rice asked the trial court for a free hard copy of the appellate record and asserted in his motion that he was indigent. We dismiss the appeal.

The clerk of this court wrote Rice on August 5, 2016, and informed him that it did not appear that the order from which he appealed was a final, appealable order. We requested that he respond in writing and show grounds to continue the appeal.

Rice has not shown grounds to continue. An intermediate court of appeals is not vested with jurisdiction to consider an appeal from an order denying a request for a free copy of the trial record when such request is not presented in conjunction with a timely filed appeal. *Self v. State*, 122 S.W.3d 294 (Tex. App.—Eastland 2003, no pet.). No statute vests this court with such jurisdiction. *Yovanovitch v. State*, No. 02-16-00039-CR, 2016 WL 1163749, at *1 (Tex. App.—Fort Worth Mar. 24, 2016, no pet.) (mem. op., not designated for publication). Rice's request in this case was not presented in conjunction with a timely filed appeal from his conviction. We note that the appellate record was prepared at no cost to Rice and was filed in this court in the appeal from his original conviction. *See Rice v. State*, No. 11-13-00302-CR, 2015 WL 6681329 (Tex. App.—Eastland Oct. 30, 2015, pet. ref'd) (mem. op., not designated for publication). Consequently, we have no jurisdiction to entertain this appeal.

The appeal is dismissed for want of jurisdiction.

PER CURIAM

August 31, 2016

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.